UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTHONY HOLLEY,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. PETER LAZARE
[SHIELD # 26342], P.O. JARED FOX [SHIELD # 20052],
P.O. ERNEST KENNER [SHIELD # 8756], P.O.
FRANCISCO PINA [SHIELD # 26670], and SERGEANT
GEORGE TAVARES,

                                   Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 04403 (MKB) (JO)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed as against all named defendants with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 3, 2015

UGOCHUKWU UZOH
*Attorney for Plaintiff*
304 Livingston Street, Suite 2R
Brooklyn, New York 11217
718-874-6045

By: _____
    Ugochukwu Uzoh

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Matthew McQueen
    Assistant Corporation Counsel

SO ORDERED:
s/ MKB 03/03/2015

_____
MARGO K. BRODIE
United States District Judge